# Exhibit B

*Preliminary Claim Chart*
*US Pat No 6,788,882 vs. Motorola DCT-6412 DVR*
*Provided by Cox Communications, Inc.*

Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| Claim language | Information Relating to the Motorola DCT-6412 Provided by Cox |
|---|---|
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | Cox has provided Motorola DCT-6412 DVRs for recording a plurality of television broadcast programs.<br><br>**What is DVR?**<br><br>DVR stands for Digital Video Recorder. A standard VCR records and plays analog video. DVR records and plays digital video. Unlike an analog cassette tape, the DCT*'s hard drive allows recording and playback to occur simultaneously.<br><br>*DVR offers the ability to control your viewing experience by pausing (time shifting) live TV and providing trick playback modes (pause, fast forward, slow forward, fast rewind, slow rewind). You may experience a slight delay between time shifted and live TV.*<br><br>DVR User Guide at 7. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast programs to be synchronized with respect to one another; and | The Motorola DCT-6412 DVRs provided by Cox include a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs comprising HD (i.e., high-definition digital) signals.<br><br>**Simultaneously Watch Two Programs**<br>Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)<br><br>**Simultaneous Watch and Record**<br>Record one program in the background while viewing another live broadcast at the same time. |

1



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

DVR User Guide at 7.

**Simultaneously Record Two Shows**

Record two programs from two different channels at the same time.

**Simultaneously Record Two Shows and Watch a Recorded Program**

Watch a program recorded on your DCT* while recording up to two other programs at the same time. You can also easily switch viewing the pre-recorded program and either of the programs you're recording.

DVR User Guide at 8.

The Motorola DCT-6412 DVRs provided by Cox receive and digitally store time information relating to television broadcast programs. This is evidenced by, for example, the fact that the DVRs display a program guide containing information regarding the start and end times of programs.





Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | Cox Digital Cable Interactive Program Guide at 2 ([http://www.cox.com/wcm/en/residential/datasheet/Rovi_parentalcontrols_040810.pdf](http://www.cox.com/wcm/en/residential/datasheet/Rovi_parentalcontrols_040810.pdf)).<br><br>This is also evidenced, for example, by the DVRs' ability to display a progress bar for a program stored or being stored on the DVR that illustrates (among other things) the user's current point in a program.<br><br><br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2 ([http://www.cox.com/wcm/en/residential/datasheet/Rovi_DVR_040810.pdf](http://www.cox.com/wcm/en/residential/datasheet/Rovi_DVR_040810.pdf)).<br><br>The digital storage of television broadcast programs and time information by Motorola DCT-6412 DVRs provided by Cox allows the stored television broadcast programs to be synchronized with respect to one another.<br><br>For example, the Motorola DCT-6412 DVRs provided by Cox store television broadcast programs on two channels simultaneously. This allows a user to watch two concurrently stored programs (or stored portions of ongoing programs) by switching back-and-forth between the stored programs. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td>

**Simultaneously Watch Two Programs**

Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)

**Simultaneous Watch and Record**

Record one program in the background while viewing another live broadcast at the same time.

DVR User Guide at 7.

One user of Motorola DCT-6412 DVRs provided by Cox describes using this functionality: "With my old Motorola DVRs with dual tuners, I was able to watch something on one tuner pause it, hit swap and them watch something on the other tuner (as described here http://dvr.about.com/od/cabledvrs/qt/QT2.htm). If I swapped back, the previously paused tuner would still be paused and waiting for me to resume viewing. I could also browse channels while keeping the other tuner on one channel." http://forums.cox.com/forum_home/tv_forum/f/tv-forum/2673/cisco-9865hdc-swap-function.

These Motorola DCT-6412 DVRs provided by Cox also permit a user to pause stored live TV, as well as to rewind and fast-forward through such stored programs.

**Control Live TV**

Pause, rewind, and fast-forward live TV.

DVR User Guide at 7.

</td>
</tr>
</table>



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2.

The ability to swap between programs being stored by the DVR, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

## Simultaneously Watch Two Programs

Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)

## Simultaneous Watch and Record

Record one program in the background while viewing another live broadcast at the same time.

DVR User Guide at 7.

One user of Motorola DCT-6412 DVRs provided by Cox describes using this functionality: "With my old Motorola DVRs with dual tuners, I was able to watch something on one tuner pause it, hit swap and them watch something on the other tuner (as described here http://dvr.about.com/od/cabledvrs/qt/



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | QT2.htm). If I swapped back, the previously paused tuner would still be paused and waiting for me to resume viewing. I could also browse channels while keeping the other tuner on one channel." http://forums.cox.com/forum_home/tv_forum/f/tv-forum/2673/cisco-9865hdc-swap-function.<br><br>**DVR Controls**<br><br>⏸ Pause<br>▶ Play<br>◀ Three speeds of Rewind<br>▶▶ Three speeds of Fast Forward<br>↺ 10 second Instant Replay<br>LIVE Jump to the Live broadcast<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs from said mass data storage unit based on a received command and presents said portion on a video display device. | The Motorola DCT-6412 DVRs provided by Cox include a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device.<br><br>A user may select a stored program from the DVRs in various ways. For example, as discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

**Simultaneously Watch Two Programs**

Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)

**Simultaneous Watch and Record**

Record one program in the background while viewing another live broadcast at the same time.

DVR User Guide at 7.

The DVRs also provide a program guide that allows a user to select a particular program for display, including programs that are currently being stored:



Cox Digital Cable Interactive Program Guide at 2.

A user may also select a stored program from the list of previously recorded programs.



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td>

**Maintain a Personal Program Library**

Maintain a personal library of recorded programming, accessed by using the electronic program guide (EPG).

DVR User Guide at 7.

**Playing and Stopping Recorded Shows**

 Display the Saved Shows List

 Highlight a show

 Display Saved Shows Options

Play the show



Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1.
</td>
</tr>
<tr>
<td>5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit.</td>
<td>The Motorola DCT-6412 DVRs provided by Cox include a channel viewer that comprises a channel guide database that contains pointers to locations in the mass data storage unit, including programs currently being recorded and programs previously recorded.</td>
</tr>
</table>



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Interactive Program Guide at 2.

Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1.

| | |
|---|---|
| 6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said | The channel viewer provided by the Motorola DCT-6412 DVRs provided by Cox displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| video display device, said channel guide providing information regarding a content of said plurality of channels. |  |
| --- | --- |
| | Cox Digital Cable Interactive Program Guide at 2. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Browsing for Shows<br><br>Press twice to display QuickInfo™<br><br>Browse by times<br>(Hold to speed scroll)<br><br>Browse by channels<br>(Hold to speed scroll)<br><br>Display the Guide<br><br>Browse by times<br>(Hold to speed scroll)<br><br>Change day to browse<br>Enter number of days to jump ahead,<br>then press Right Arrow within 2 seconds<br><br>Browse by channels<br><br>Enter a channel number<br><br>DVR Quick Tips Guide at 1. |
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | The channel viewer provided by the Motorola DCT-6412 DVRs provided by Cox comprises a channel guide that contains links to locations in the mass data storage unit (e.g., programs that are currently being stored and programs previously stored). |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Interactive Program Guide at 2.

Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1.



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said channel viewer, that allows a user to issue said command. | The Motorola DCT-6412 DVRs provided by Cox work with pointing devices (e.g., a remote control) cooperable with the channel viewer to allow the user to issue commands, including a command to display a particular program from the mass data storage unit. |
|---|---|

Used to program the remote control.

Selects the device you wish to control.

Replays the previous few seconds (instant replay).

Displays a listing of recorded programs.

Displays program information (once for the Channel Banner and twice for QuickInfo™).

Displays the Interactive Program Guide.

Used to access General Settings.

Used to access additional options from the GUIDE and MENU screens. (Applies to A, B & C)

Chooses between inputs on the selected device.

Turns ON/OFF selected device. Hold for 3 seconds to turn ON/OFF all devices.

Accesses the On DEMAND menu.

Returns viewer to watching live programs.

Changes the aspect ratio if the cable box supports high-definition TV.

Moves the cursor in the GUIDE and MENU screens and selects items.

Exits out of all GUIDE or MENU screens.

Access program guide options.

Tunes to last channel viewed.

Cycles through channels established as Favorites.

COX

13



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1. |
|---|---|
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | The channel viewer provided by the Motorola DCT-6412 DVRs provided by Cox can present a portion of a television program nonlinearly, including allowing the user to rewind, fast-forward, replay the last 10 seconds of a program, and return to live TV after navigating backward in the program.<br><br>**DVR Controls**<br>Pause<br>Play<br>Three speeds of Rewind<br>Three speeds of Fast Forward<br>10 second Instant Replay<br>Jump to the Live broadcast<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |
| 13. The DVR as recited in claim 1 further comprising a channel selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. | The Motorola DCT-6412 DVRs provided by Cox include a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs, including identifying two channels/television broadcast programs to store.<br><br>**Recording Live TV**<br>Display Recording Options<br>Highlight a Recording Option<br>Start recording<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |

14



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Simultaneously Watch Two Programs**<br><br>Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)<br><br>**Simultaneous Watch and Record**<br><br>Record one program in the background while viewing another live broadcast at the same time.<br><br>DVR User Guide at 7. |
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | The Motorola DCT-6412 DVRs provided by Cox receive a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV:<br><br>The DCT* is equipped with an internal hard drive for DVR functionality, which provides the ability to record both standard definition TV (SDTV) and high definition TV (HDTV) programs. Storage time depends on the video format and the bit rate at which it is received.<br><br>DVR User Guide at 7. |
| 17. The DVR as recited in claim 1 wherein said DVR selectively moves by one commercial time unit within said one of said plurality of channels in response to a second received command. | The Motorola DCT-6412 DVRs provided by Cox allow a user to submit a command prompting the DVRs to move backward in a program by one commercial time unit (e.g., 10 seconds).<br><br>10 second Instant Replay<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |
| 19. A method of operating a digital video recorder, comprising the steps of: | The Motorola DCT-6412 DVRs provided by Cox involve a method of operating a digital video recorder. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **What is DVR?**<br><br>DVR stands for Digital Video Recorder. A standard VCR records and plays analog video. DVR records and plays digital video. Unlike an analog cassette tape, the DCT*'s hard drive allows recording and playback to occur simultaneously.<br><br>*DVR offers the ability to control your viewing experience by pausing (time shifting) live TV and providing trick playback modes (pause, fast forward, slow forward, fast rewind, slow rewind). You may experience a slight delay between time shifted and live TV.*<br><br>DVR User Guide at 7. |
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | The Motorola DCT-6412 DVRs provided by Cox receive a plurality of television broadcasts, each of which includes a video signal:<br><br>**What is DVR?**<br><br>DVR stands for Digital Video Recorder. A standard VCR records and plays analog video. DVR records and plays digital video. Unlike an analog cassette tape, the DCT*'s hard drive allows recording and playback to occur simultaneously.<br><br>*DVR offers the ability to control your viewing experience by pausing (time shifting) live TV and providing trick playback modes (pause, fast forward, slow forward, fast rewind, slow rewind). You may experience a slight delay between time shifted and live TV.*<br><br>DVR User Guide at 7. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of television broadcasts together with time information to allow said plurality of stored television broadcasts to be synchronized with respect to one another upon replay of said stored television broadcasts. | The Motorola DCT-6412 DVRs provided by Cox concurrently and continuously digitally store the plurality of television broadcasts on a mass data storage unit: <br><br> **Simultaneously Watch Two Programs** <br><br> Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.) <br><br> **Simultaneous Watch and Record** <br><br> Record one program in the background while viewing another live broadcast at the same time. <br><br> DVR User Guide at 7. <br><br> **Simultaneously Record Two Shows** <br><br> Record two programs from two different channels at the same time. <br><br> **Simultaneously Record Two Shows and Watch a Recorded Program** <br><br> Watch a program recorded on your DCT* while recording up to two other programs at the same time. You can also easily switch viewing the pre-recorded program and either of the programs you're recording. <br><br> DVR User Guide at 8. <br><br> The Motorola DCT-6412 DVRs provided by Cox receive and digitally store time information together with the plurality of television broadcasts. This is evidenced by, for example, the fact that the Cox-provided DVRs display a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Interactive Program Guide at 2.

This is also evidenced, for example, by the ability of the Motorola DCT-6412 DVRs provided by Cox to display a status bar for a program stored or being stored on the DVR that illustrates (among other things) the user's current point in a program:



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1.

The digital storage of television broadcast programs and time information by the Motorola DCT-6412 DVRs provided by Cox allow the stored television broadcast programs to be synchronized with respect to one another upon replay.

For example, the Motorola DCT-6412 DVRs provided by Cox store television broadcast programs on two channels simultaneously. This allows a user to watch two concurrently stored programs (or stored portions of ongoing programs) by toggling back-and-forth between the stored programs.



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Simultaneously Watch Two Programs**<br>Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)<br><br>**Simultaneous Watch and Record**<br>Record one program in the background while viewing another live broadcast at the same time.<br><br>DVR User Guide at 7.<br><br>One user of Motorola DCT-6412 DVRs provided by Cox describes using this functionality: "With my old Motorola DVRs with dual tuners, I was able to watch something on one tuner pause it, hit swap and them watch something on the other tuner (as described here http://dvr.about.com/od/cabledvrs/qt/QT2.htm). If I swapped back, the previously paused tuner would still be paused and waiting for me to resume viewing. I could also browse channels while keeping the other tuner on one channel." http://forums.cox.com/forum_home/tv_forum/f/tv-forum/2673/cisco-9865hdc-swap-function.<br><br>The DVRs also permit a user to pause stored live TV, as well as to rewind and fast-forward through such stored programs.<br><br>**Control Live TV**<br>Pause, rewind, and fast-forward live TV.<br><br>DVR User Guide at 7. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2.

The ability to swap between programs being stored by the DVR, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.

## Simultaneously Watch Two Programs

Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)

## Simultaneous Watch and Record

Record one program in the background while viewing another live broadcast at the same time.

DVR User Guide at 7.

One user of Motorola DCT-6412 DVRs provided by Cox describes using this functionality: "With my old Motorola DVRs with dual tuners, I was able to watch something on one tuner pause it, hit swap and them watch something on the other tuner (as described here http://dvr.about.com/od/cabledvrs/qt/



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | QT2.htm). If I swapped back, the previously paused tuner would still be paused and waiting for me to resume viewing. I could also browse channels while keeping the other tuner on one channel." http://forums.cox.com/forum_home/tv_forum/f/tv-forum/2673/cisco-9865hdc-swap-function. |
| | **DVR Controls**<br><br>⏸ Pause<br>▶ Play<br>◀◀ Three speeds of Rewind<br>▶▶ Three speeds of Fast Forward<br>↺ 10 second Instant Replay<br>LIVE Jump to the Live broadcast<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |
| 20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database. | The Motorola DCT-6412 DVRs provided by Cox create pointers to locations in the mass data storage unit in a channel guide database, including programs currently being recorded and programs previously recorded. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



Cox Digital Cable Interactive Program Guide at 2.

Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1.

| | |
|---|---|
| 21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a | The Motorola DCT-6412 DVRs provided by Cox display a channel guide on the video display device that provide information regarding content of a plurality of channels. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| video display device, said channel guide providing information regarding a content of at least one of said plurality of channels. | **Using the Guide**<br><br>**Find Shows by Time**<br>Display the Guide<br><br>Browse by times<br>(Hold to speed scroll)<br><br>Change day to browse<br>Enter number of days to jump ahead, then press Right Arrow within 2 seconds<br><br>Cox Digital Cable Interactive Program Guide at 2. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

|  |  |
|---|---|
| | **Browsing for Shows** <br><br> Press twice to display QuickInfo™ <br><br> Browse by times <br> (Hold to speed scroll) <br><br> Browse by channels <br> (Hold to speed scroll) <br><br> Display the Guide <br><br> Browse by times <br> (Hold to speed scroll) <br><br> 1 – 7 **Change day to browse** <br> Enter number of days to jump ahead, <br> then press Right Arrow within 2 seconds <br><br> Browse by channels <br><br> 0 – 9 Enter a channel number <br><br> DVR Quick Tips Guide at 1. |
| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | The channel guide of the Motorola DCT-6412 DVRs provided by Cox contain links to locations in the mass data storage unit, including programs currently being recorded and programs previously recorded. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td>



Cox Digital Cable Interactive Program Guide at 2.

Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1.
</td>
</tr>
<tr>
<td>23. The method as recited in claim 19 further comprising the step of</td>
<td>The Motorola DCT-6412 DVRs provided by Cox receive a command to replay one of the stored television broadcasts.</td>
</tr>
</table>



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| receiving a command to replay one of said stored television broadcasts. | A user may select a stored program from the DVR in various ways. For example, as discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner.<br><br>**Simultaneously Watch Two Programs**<br>Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)<br><br>**Simultaneous Watch and Record**<br>Record one program in the background while viewing another live broadcast at the same time.<br><br>DVR User Guide at 7.<br><br>The DVRs also provide a program guide that allows a user to select a particular program for display, including programs that are currently being stored:<br><br> |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | Cox Digital Cable Interactive Program Guide at 2.<br><br>A user may also select a stored program from the list of previously recorded programs.<br><br>**Maintain a Personal Program Library**<br><br>Maintain a personal library of recorded programming, accessed by using the electronic program guide (EPG).<br><br>DVR User Guide at 7.<br><br><br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 1. |
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | The channel viewer of the Motorola DCT-6412 DVRs provided by Cox can display a stored television broadcast nonlinearly, including allowing the user to rewind, fast-forward, replay the last 10 seconds of a program, and return to live TV after navigating backward in the program. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882



| | |
|---|---|
| | Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |
| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | The Motorola DCT-6412 DVRs provided by Cox allow the user to identify a plurality of television broadcasts in a channel selector:<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |



Preliminary Comparison of the Motorola DCT-6412 DVR provided by Cox Communications with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Simultaneously Watch Two Programs**<br><br>Watch two programs and easily switch between them using the **SWAP** key on your remote control. (Dependent upon program guide support.)<br><br>**Simultaneous Watch and Record**<br><br>Record one program in the background while viewing another live broadcast at the same time.<br><br>DVR User Guide at 7. |
| 31. The method as recited in claim 19 further comprising the step of decoding said plurality of television broadcasts from a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | The Motorola DCT-6412 DVRs provided by Cox decode a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV:<br><br>The DCT* is equipped with an internal hard drive for DVR functionality, which provides the ability to record both standard definition TV (SDTV) and high definition TV (HDTV) programs. Storage time depends on the video format and the bit rate at which it is received.<br><br>DVR User Guide at 7. |
| 32. The method as recited in claim 19 further comprising the step of selectively moving by one commercial time unit within said one of said plurality of television broadcasts in response to a received command. | The Motorola DCT-6412 DVRs provided by Cox allow a user to submit a command prompting the DVRs to move backward in a program by one commercial time unit (e.g., 10 seconds).<br><br>10 second Instant Replay<br><br>Cox Digital Cable Digital Video Recorder Quick Tips Guide at 2. |

