# Exhibit C

*Preliminary Claim Chart*
*US Pat No 6,788,882 vs. Cisco Explorer 8642 DVR*

Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| Claim language | Information Relating to the Cisco Explorer 8642 DVR |
|---|---|
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | The Cisco Explorer 8642 DVR provided is a digital video recorder for recording a plurality of television broadcast programs.<br><br>**Receiver Capabilities**<br><br>HD Capable<br><br>Up to 2 simultaneous DVR recordings<br><br>Up to 231.5 hours of SD recording<br><br>Up to 123.8 hours of HD recording<br><br>**Guide Version**<br><br>Advanced TV or Contour<br><br>Cisco 8642HDC Explorer High Definition DVR Receiver at 1. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast | The Cisco Explorer 8642 DVR includes a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs comprising digital signals. |



1

Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| programs to be synchronized with respect to one another; and |  |
|---|---|
| | **Receiver Capabilities**<br><br>HD Capable<br><br>Up to 2 simultaneous DVR recordings<br><br>Up to 231.5 hours of SD recording<br><br>Up to 123.8 hours of HD recording    **Guide Version**<br><br>Advanced TV or Contour<br><br>Cisco 8642HDC Explorer High Definition DVR Receiver at 1.<br><br>The Cisco Explorer 8642 DVR receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Cisco Explorer 8642 DVR displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.

This is also evidenced, for example, by the Cisco Explorer 8642 DVR's ability to display a status bar for a program stored or being stored on the DVR that illustrates (among other things) the user's current point in a program.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 54.

The digital storage of television broadcast programs and time information by the Cisco Explorer 8642 DVR allows the stored television broadcast programs to be synchronized with respect to one another.

For example, the Cisco Explorer 8642 DVR is able to store television programs broadcast on two channels simultaneously. This allows a user to watch and control either program up to the point of live TV.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cisco 8642HDC Explorer High Definition DVR Receiver at 1.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| |
|---|
| **CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV**<br><br>**THIS CONNECTION WILL ALLOW YOU TO:**<br><br>A.  Watch the channel or service of your choice (in HD, when available),<br>B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),<br>C.  Watch a program previously recorded on the hard drive (in HD, when available),<br>D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),<br>E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),<br>F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.<br><br>**About Your Dual Tuner DVR**<br><br>The dual tuner DVR includes two channel tuners. With this DVR, you can:<br><br>• Record two programs while watching one of those programs or a previously recorded program.<br><br>• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).<br><br>• Record both these programs in HD or SD depending on your preference.<br><br>• Switch back and forth between two programs you're recording with the SWAP button on the remote control.<br><br>Cox Contour Program Guide at 41.<br><br>The Cisco Explorer 8642 DVR also permits a user to pause stored TV, as well as to rewind and fast-forward through such stored programs. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **LIVE TV CONTROL: HOW TO CONTROL A LIVE PROGRAM**<br><br>The **PVR** stores the programming being broadcast on the channel you are watching in a memory buffer. This lets you pause and rewind the action (even with a live broadcast), and resume watching the program in real time.<br><br>**❚❚**  Pauses the program you are watching for a maximum of one hour. After one hour, playback resumes from the point where you paused the program.<br><br>**▶**  Resumes playback of a paused program.<br><br>**◀**  Rewind: press once, twice, three or four times to slow down or speed up the rewind speed.<br><br>**▶**  Fast-forward: press once, twice, three or four times to slow down or speed up the fast-forward speed.<br><br>**LIVE**  Returns you to live programming.<br><br>**↺**  Instantly replays the last 8 seconds of the program you are watching.<br><br>**↻**  Skips the program or movie you are watching 30 seconds forward (for future use).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 20. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

### Use Play, Pause, Stop, Fast Forward and Rewind

Most On DEMAND programs let you skip forward and backward through the video using the play, pause, stop, rewind and fast forward buttons on the remote control.



**When skipping forward or backward through a program, this progress bar appears on the screen. It shows start time, end time and time viewed.**

- PLAY: This button starts your program at normal speed.

- PAUSE: You can pause an On DEMAND program for up to 15 minutes. Pausing longer than that stops your program and reopens the On DEMAND Menu. You can resume watching your program from the Recently Viewed Menu. PAUSE toggles between the pause and play functions.

- STOP: This button ends your program and returns you back to the category from where you launched it.

- FAST FORWARD: This button lets you scan ahead in your program. Each successive press increases the speed until you reach the highest speed. Pressing FAST FORWARD after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If you fast forward to the program's end, you will be returned to the On DEMAND Menu.

- REWIND: This button lets you scan backwards in your program. Each successive press increases the speed until you reach the highest speed. Pressing REWIND after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If left to rewind to the beginning, the program will start playing automatically.

When you press any of these buttons, a progress bar appears at the bottom of your screen. It displays the viewing time graphically as well as in hours, minutes and seconds.

Cox Contour Program Guide at 38.

The ability to swap between programs being stored by the DVR, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cisco 8642HDC Explorer High Definition DVR Receiver at 1.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

|  | **CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV**<br><br>**THIS CONNECTION WILL ALLOW YOU TO:**<br><br>A.  Watch the channel or service of your choice (in HD, when available),<br>B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),<br>C.  Watch a program previously recorded on the hard drive (in HD, when available),<br>D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),<br>E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),<br>F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.<br><br>**About Your Dual Tuner DVR**<br><br>The dual tuner DVR includes two channel tuners. With this DVR, you can:<br><br>• Record two programs while watching one of those programs or a previously recorded program.<br><br>• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).<br><br>• Record both these programs in HD or SD depending on your preference.<br><br>• Switch back and forth between two programs you're recording with the SWAP button on the remote control.<br><br>Cox Contour Program Guide at 41. |
|---|---|



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## LIVE TV CONTROL: HOW TO CONTROL A LIVE PROGRAM

The **PVR** stores the programming being broadcast on the channel you are watching in a memory buffer. This lets you pause and rewind the action (even with a live broadcast), and resume watching the program in real time.

Pauses the program you are watching for a maximum of one hour.
After one hour, playback resumes from the point where you paused the program.

Resumes playback of a paused program.

Rewind: press once, twice, three or four times to slow down or speed up the rewind speed.

Fast-forward: press once, twice, three or four times to slow down or speed up the fast-forward speed.

Returns you to live programming.

Instantly replays the last 8 seconds of the program you are watching.

Skips the program or movie you are watching 30 seconds forward (for future use).

User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 20.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Use Play, Pause, Stop, Fast Forward and Rewind**<br><br>Most On DEMAND programs let you skip forward and backward through the video using the play, pause, stop, rewind and fast forward buttons on the remote control.<br><br>• PLAY: This button starts your program at normal speed.<br><br>• PAUSE: You can pause an On DEMAND program for up to 15 minutes. Pausing longer than that stops your program and reopens the On DEMAND Menu. You can resume watching your program from the Recently Viewed Menu. PAUSE toggles between the pause and play functions.<br><br>• STOP: This button ends your program and returns you back to the category from where you launched it.<br><br>• FAST FORWARD: This button lets you scan ahead in your program. Each successive press increases the speed until you reach the highest speed. Pressing FAST FORWARD after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If you fast forward to the program's end, you will be returned to the On DEMAND Menu.<br><br>• REWIND: This button lets you scan backwards in your program. Each successive press increases the speed until you reach the highest speed. Pressing REWIND after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If left to rewind to the beginning, the program will start playing automatically.<br><br>When you press any of these buttons, a progress bar appears at the bottom of your screen. It displays the viewing time graphically as well as in hours, minutes and seconds.<br><br><br>*When skipping forward or backward through a program, this progress bar appears on the screen. It shows start time, end time and time viewed.*<br><br>Cox Contour Program Guide at 38. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs from said mass data storage unit based on a received command and presents said portion on a video display device. | The Cisco Explorer 8642 DVR includes a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device.<br><br>A user may select a stored program from the Cisco Explorer 8642 DVR in various ways. For example, as discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

### CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV

#### THIS CONNECTION WILL ALLOW YOU TO:

A.  Watch the channel or service of your choice (in HD, when available),
B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),
C.  Watch a program previously recorded on the hard drive (in HD, when available),
D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),
E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),
F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).

User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.

#### About Your Dual Tuner DVR

The dual tuner DVR includes two channel tuners. With this DVR, you can:

• Record two programs while watching one of those programs or a previously recorded program.

• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).

• Record both these programs in HD or SD depending on your preference.

• Switch back and forth between two programs you're recording with the SWAP button on the remote control.

Cox Contour Program Guide at 41.

The Cisco Explorer 8642 DVR also provides a program guide that allows a user to select a particular program for display, including programs that are currently being stored:



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.

A user may also select a stored program from the list of previously recorded programs.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## Watch a Recorded Program

You can watch a recorded program anytime you like, beginning immediately after the recording has started. There are two alternatives to accessing your library of recorded programs.

The first is to simply press the DVR List button on your remote control. It will open a DVR List Menu on the left in focus and Recorded Programs highlighted. The Folders Card in the center will feature a list of your recorded programs and series while a Summary Card will appear on the right.

The second is through the Main Menu.

1. Press the RIGHT or LEFT arrow or the MENU button on the remote control to open the Main Menu.

2. Press the DOWN arrow twice to highlight DVR List. Press the RIGHT arrow or SELECT to open the DVR List Menu.

Once you have arrived at the DVR List Menu – by either option – the highlight bar will be on Recorded Programs. To watch a program:

1. Press the RIGHT arrow or SELECT. The focus will move to the Folders Card in the center; the highlight bar will be on the first program in the list.

   Each program or series will have an icon next to it. Series recordings will have a folder icon while individual recordings will have one of two different icons – a green dot or an exclamation point. For an explanation of these three icons, see below.

2. Use the UP and DOWN arrows to highlight a program or folder, then press the RIGHT arrow or SELECT. If the highlight bar is on a program, the cards will shift left and the focus will move to the Actions Card.

   If the highlight bar is on a folder, pressing the RIGHT arrow or SELECT will open a Programs Card on the right that lists all the episodes in that folder. Use the UP and DOWN arrows to highlight a program, and then press the RIGHT arrow or SELECT to select the program and open the Actions Card.



The DVR List screen lets you browse recorded programs as well as programs scheduled to record.



When browsing recorded programs, the center card lists the saved programs. The card on the right gives a summary of the program.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | Cox Contour Program Guide at 52. |
| 5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit. | The Cisco Explorer 8642 DVR's program guide comprises a channel guide database that contains pointers to locations in the mass data storage unit, including programs currently being recorded and programs previously recorded.<br><br>![Cisco Explorer program guide screenshot showing Contour from Cox channel grid]<br><br>Cox Contour Program Guide at 68. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## Watch a Recorded Program

You can watch a recorded program anytime you like, beginning immediately after the recording has started. There are two alternatives to accessing your library of recorded programs.

The first is to simply press the DVR List button on your remote control. It will open a DVR List Menu on the left in focus and Recorded Programs highlighted. The Folders Card in the center will feature a list of your recorded programs and series while a Summary Card will appear on the right.

The second is through the Main Menu.

1. Press the RIGHT or LEFT arrow or the MENU button on the remote control to open the Main Menu.

2. Press the DOWN arrow twice to highlight DVR List. Press the RIGHT arrow or SELECT to open the DVR List Menu.

Once you have arrived at the DVR List Menu – by either option – the highlight bar will be on Recorded Programs. To watch a program:

1. Press the RIGHT arrow or SELECT. The focus will move to the Folders Card in the center; the highlight bar will be on the first program in the list.

   Each program or series will have an icon next to it. Series recordings will have a folder icon while individual recordings will have one of two different icons – a green dot or an exclamation point. For an explanation of these three icons, see below.



The DVR List screen lets you browse recorded programs as well as programs scheduled to record.



When browsing recorded programs, the center card lists the saved programs. The card on the right gives a summary of the program.

2. Use the UP and DOWN arrows to highlight a program or folder, then press the RIGHT arrow or SELECT. If the highlight bar is on a program, the cards will shift left and the focus will move to the Actions Card.

   If the highlight bar is on a folder, pressing the RIGHT arrow or SELECT will open a Programs Card on the right that lists all the episodes in that folder. Use the UP and DOWN arrows to highlight a program, and then press the RIGHT arrow or SELECT to select the program and open the Actions Card.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

|  | Cox Contour Program Guide at 52. |
|---|---|
| 6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said video display device, said channel guide providing information regarding a content of said plurality of channels. | The Cisco Explorer 8642 DVR's channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR.<br><br>**View Basic Program Information**<br><br>Press the INFO button once to see basic information about the current program. A Channel Banner will appear at the bottom of the screen with the program title, a brief description of the program, its start and end time, program rating information, channel number and time/date information. Program guide symbols such as Favorite Channel, Skipped Channel, Locked Program or Purchased Program will also be displayed.<br><br>Press the INFO button once to see basic information about a show.<br><br>**View Detailed Program Information**<br><br>You can see extended program information by pressing the INFO button a second time. Pressing INFO a third time will return you to full-screen video viewing.<br><br>Press the INFO button a second time to see full details.<br><br>Cox Contour Program Guide at 19. |
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | The Cisco Explorer 8642 DVR displays a channel guide that contains links to locations in the mass data storage unit (e.g., programs that are currently being stored and programs previously stored). |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## Watch a Recorded Program

You can watch a recorded program anytime you like, beginning immediately after the recording has started. There are two alternatives to accessing your library of recorded programs.

The first is to simply press the DVR List button on your remote control. It will open a DVR List Menu on the left in focus and Recorded Programs highlighted. The Folders Card in the center will feature a list of your recorded programs and series while a Summary Card will appear on the right.

The second is through the Main Menu.

1. Press the RIGHT or LEFT arrow or the MENU button on the remote control to open the Main Menu.

2. Press the DOWN arrow twice to highlight DVR List. Press the RIGHT arrow or SELECT to open the DVR List Menu.

Once you have arrived at the DVR List Menu – by either option – the highlight bar will be on Recorded Programs. To watch a program:

1. Press the RIGHT arrow or SELECT. The focus will move to the Folders Card in the center; the highlight bar will be on the first program in the list.

   Each program or series will have an icon next to it. Series recordings will have a folder icon while individual recordings will have one of two different icons – a green dot or an exclamation point. For an explanation of these three icons, see below.



The DVR List screen lets you browse recorded programs as well as programs scheduled to record.



When browsing recorded programs, the center card lists the saved programs. The card on the right gives a summary of the program.

2. Use the UP and DOWN arrows to highlight a program or folder, then press the RIGHT arrow or SELECT. If the highlight bar is on a program, the cards will shift left and the focus will move to the Actions Card.

   If the highlight bar is on a folder, pressing the RIGHT arrow or SELECT will open a Programs Card on the right that lists all the episodes in that folder. Use the UP and DOWN arrows to highlight a program, and then press the RIGHT arrow or SELECT to select the program and open the Actions Card.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | Cox Contour Program Guide at 52. |
|---|---|
| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said channel viewer, that allows a user to issue said command. | The Cisco Explorer 8642 DVR works with pointing devices (e.g., a remote control) cooperable with the channel viewer to allow the user to issue commands, including a command to display a particular program from the mass data storage unit. |
| | Cox Contour Program Guide at 16. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | For best results, we recommend reading the next page to correctly program your remote control in conjunction with your TV set. |
|  | User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10. |
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | The Cisco Explorer 8642 DVR's channel viewer can present a portion of a television program nonlinearly, including allowing the user to rewind, fast-forward, replay the previous few seconds of a program, and return to live TV after navigating backward in the program.<br><br>**LIVE TV CONTROL: HOW TO CONTROL A LIVE PROGRAM**<br><br>The **PVR** stores the programming being broadcast on the channel you are watching in a memory buffer. This lets you pause and rewind the action (even with a live broadcast), and resume watching the program in real time.<br><br>⏸ Pauses the program you are watching for a maximum of one hour. After one hour, playback resumes from the point where you paused the program.<br><br>▶ Resumes playback of a paused program.<br><br>◀ Rewind: press once, twice, three or four times to slow down or speed up the rewind speed.<br><br>▶ Fast-forward: press once, twice, three or four times to slow down or speed up the fast-forward speed.<br><br>LIVE Returns you to live programming.<br><br>↩ Instantly replays the last 8 seconds of the program you are watching.<br><br>↪ Skips the program or movie you are watching 30 seconds forward (for future use).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 20. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Use Play, Pause, Stop, Fast Forward and Rewind**<br><br>Most On DEMAND programs let you skip forward and backward through the video using the play, pause, stop, rewind and fast forward buttons on the remote control.<br><br>• PLAY: This button starts your program at normal speed.<br><br>• PAUSE: You can pause an On DEMAND program for up to 15 minutes. Pausing longer than that stops your program and reopens the On DEMAND Menu. You can resume watching your program from the Recently Viewed Menu. PAUSE toggles between the pause and play functions.<br><br>When skipping forward or backward through a program, this progress bar appears on the screen. It shows start time, end time and time viewed.<br><br>• STOP: This button ends your program and returns you back to the category from where you launched it.<br><br>• FAST FORWARD: This button lets you scan ahead in your program. Each successive press increases the speed until you reach the highest speed. Pressing FAST FORWARD after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If you fast forward to the program's end, you will be returned to the On DEMAND Menu.<br><br>• REWIND: This button lets you scan backwards in your program. Each successive press increases the speed until you reach the highest speed. Pressing REWIND after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If left to rewind to the beginning, the program will start playing automatically.<br><br>When you press any of these buttons, a progress bar appears at the bottom of your screen. It displays the viewing time graphically as well as in hours, minutes and seconds.<br><br>Cox Contour Program Guide at 38. |
| 13. The DVR as recited in claim 1 further comprising a channel selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. | The Cisco Explorer 8642 DVR includes a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs, including identifying two channels/television broadcast programs to store. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



## Receiver Capabilities

HD Capable

Up to 2 simultaneous DVR recordings

Up to 231.5 hours of SD recording

Up to 123.8 hours of HD recording

## Guide Version

Advanced TV or Contour

Cisco 8642HDC Explorer High Definition DVR Receiver at 1.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV<br><br>**THIS CONNECTION WILL ALLOW YOU TO:**<br><br>A. Watch the channel or service of your choice (in HD, when available),<br>B. Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),<br>C. Watch a program previously recorded on the hard drive (in HD, when available),<br>D. Record a show from one channel on the hard drive while watching another channel (in HD, when available),<br>E. Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),<br>F. Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.<br><br>### About Your Dual Tuner DVR<br><br>The dual tuner DVR includes two channel tuners. With this DVR, you can:<br><br>• Record two programs while watching one of those programs or a previously recorded program.<br><br>• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).<br><br>• Record both these programs in HD or SD depending on your preference.<br><br>• Switch back and forth between two programs you're recording with the SWAP button on the remote control.<br><br>Cox Contour Program Guide at 41. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.

| | |
|---|---|
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | The Cisco Explorer 8642 DVR receives a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV or digital TV: <br><br> 4. On the next screen, you will be asked to confirm what kind of television set is connected to the receiver. If you selected HDMI connection in the previous screen, then HDTV television option is automatically selected. Press SELECT to confirm and move to the next screen. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | User Guide at 12. |
|---|---|
| | **Can I view and record HD programming with my DVR/Set-top box?**<br>Yes. Your DVR/Set-top box supports both SD and HD formats. Your subscription to your Whole Home DVR service includes access to basic HD channels, a subscription to True HD is required to access some HD Tier channels.<br><br>Cox Contour Program Guide at 111. |
| 19. A method of operating a digital video recorder, comprising the steps of: | The Cisco Explorer 8642 DVR involves a method of operating a digital video recorder.<br><br><br><br>## Receiver Capabilities<br><br>HD Capable<br><br>Up to 2 simultaneous DVR recordings<br><br>Up to 231.5 hours of SD recording<br><br>Up to 123.8 hours of HD recording<br><br>## Guide Version<br><br>Advanced TV or Contour<br><br>Cisco 8642HDC Explorer High Definition DVR Receiver at 1. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | The Cisco Explorer 8642 DVR receives a plurality of television broadcasts, each of which includes a video signal:<br><br>**Receiver Capabilities**<br><br>HD Capable<br><br>Up to 2 simultaneous DVR recordings<br><br>Up to 231.5 hours of SD recording<br><br>Up to 123.8 hours of HD recording<br><br>**Guide Version**<br><br>Advanced TV or Contour<br><br>Cisco 8642HDC Explorer High Definition DVR Receiver at 1. |
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of television broadcasts together with time information to allow said plurality of stored television broadcasts to be | The Cisco Explorer 8642 DVR concurrently and continuously digitally stores the plurality of television broadcasts on a mass data storage unit: |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| synchronized with respect to one another upon replay of said stored television broadcasts. |  |
|---|---|
| | ## Receiver Capabilities ⟶ Guide Version |
| | HD Capable |
| | Up to 2 simultaneous DVR recordings |
| | Up to 231.5 hours of SD recording |
| | Up to 123.8 hours of HD recording |
| | Advanced TV or Contour |
| | Cisco 8642HDC Explorer High Definition DVR Receiver at 1. |
| | The Cisco Explorer 8642 DVR receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Cisco Explorer 8642 DVR displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.

This is also evidenced, for example, by the Cisco Explorer 8642 DVR's ability to display a status bar for a program stored or being stored on the DVR that illustrates (among other things) the user's current point in a program.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 54.

The digital storage of television broadcast programs and time information by the Cisco Explorer 8642 DVR allows the stored television broadcast programs to be synchronized with respect to one another.

For example, the Cisco Explorer 8642 DVR is able to store television programs broadcast on two channels simultaneously. This allows a user to watch and control either program up to the point of live TV.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



## Receiver Capabilities

HD Capable

Up to 2 simultaneous DVR recordings

Up to 231.5 hours of SD recording

Up to 123.8 hours of HD recording

## Guide Version

Advanced TV or Contour

Cisco 8642HDC Explorer High Definition DVR Receiver at 1.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV

### THIS CONNECTION WILL ALLOW YOU TO:

A.  Watch the channel or service of your choice (in HD, when available),
B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),
C.  Watch a program previously recorded on the hard drive (in HD, when available),
D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),
E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),
F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).

User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.

### About Your Dual Tuner DVR

The dual tuner DVR includes two channel tuners. With this DVR, you can:

- Record two programs while watching one of those programs or a previously recorded program.

- Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).

- Record both these programs in HD or SD depending on your preference.

- Switch back and forth between two programs you're recording with the SWAP button on the remote control.

Cox Contour Program Guide at 41.

The Cisco Explorer 8642 DVR also permits a user to pause stored live TV, as well as to rewind and fast-forward through such stored programs.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## LIVE TV CONTROL: HOW TO CONTROL A LIVE PROGRAM

The **PVR** stores the programming being broadcast on the channel you are watching in a memory buffer. This lets you pause and rewind the action (even with a live broadcast), and resume watching the program in real time.

Pauses the program you are watching for a maximum of one hour.
After one hour, playback resumes from the point where you paused the program.

Resumes playback of a paused program.

Rewind: press once, twice, three or four times to slow down or speed up the rewind speed.

Fast-forward: press once, twice, three or four times to slow down or speed up the fast-forward speed.

Returns you to live programming.

Instantly replays the last 8 seconds of the program you are watching.

Skips the program or movie you are watching 30 seconds forward (for future use).

User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 20.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

### Use Play, Pause, Stop, Fast Forward and Rewind

Most On DEMAND programs let you skip forward and backward through the video using the play, pause, stop, rewind and fast forward buttons on the remote control.



When skipping forward or backward through a program, this progress bar appears on the screen. It shows start time, end time and time viewed.

- PLAY: This button starts your program at normal speed.

- PAUSE: You can pause an On DEMAND program for up to 15 minutes. Pausing longer than that stops your program and reopens the On DEMAND Menu. You can resume watching your program from the Recently Viewed Menu. PAUSE toggles between the pause and play functions.

- STOP: This button ends your program and returns you back to the category from where you launched it.

- FAST FORWARD: This button lets you scan ahead in your program. Each successive press increases the speed until you reach the highest speed. Pressing FAST FORWARD after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If you fast forward to the program's end, you will be returned to the On DEMAND Menu.

- REWIND: This button lets you scan backwards in your program. Each successive press increases the speed until you reach the highest speed. Pressing REWIND after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If left to rewind to the beginning, the program will start playing automatically.

When you press any of these buttons, a progress bar appears at the bottom of your screen. It displays the viewing time graphically as well as in hours, minutes and seconds.

Cox Contour Program Guide at 38.

The ability to swap between programs being stored by the DVR, combined with the ability to pause a program and to move forward and backward through a program, permits a user to surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cisco 8642HDC Explorer High Definition DVR Receiver at 1.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

|  | **CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV**<br><br>**THIS CONNECTION WILL ALLOW YOU TO:**<br><br>A.  Watch the channel or service of your choice (in HD, when available),<br>B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),<br>C.  Watch a program previously recorded on the hard drive (in HD, when available),<br>D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),<br>E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),<br>F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.<br><br>**About Your Dual Tuner DVR**<br><br>The dual tuner DVR includes two channel tuners. With this DVR, you can:<br><br>• Record two programs while watching one of those programs or a previously recorded program.<br>• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).<br>• Record both these programs in HD or SD depending on your preference.<br>• Switch back and forth between two programs you're recording with the SWAP button on the remote control.<br><br>Cox Contour Program Guide at 41. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **LIVE TV CONTROL: HOW TO CONTROL A LIVE PROGRAM**<br><br>The **PVR** stores the programming being broadcast on the channel you are watching in a memory buffer. This lets you pause and rewind the action (even with a live broadcast), and resume watching the program in real time.<br><br>Pauses the program you are watching for a maximum of one hour. After one hour, playback resumes from the point where you paused the program.<br><br>Resumes playback of a paused program.<br><br>Rewind: press once, twice, three or four times to slow down or speed up the rewind speed.<br><br>Fast-forward: press once, twice, three or four times to slow down or speed up the fast-forward speed.<br><br>Returns you to live programming.<br><br>Instantly replays the last 8 seconds of the program you are watching.<br><br>Skips the program or movie you are watching 30 seconds forward (for future use).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 20. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Use Play, Pause, Stop, Fast Forward and Rewind**<br><br>Most On DEMAND programs let you skip forward and backward through the video using the play, pause, stop, rewind and fast forward buttons on the remote control.<br><br>• PLAY: This button starts your program at normal speed.<br><br>• PAUSE: You can pause an On DEMAND program for up to 15 minutes. Pausing longer than that stops your program and reopens the On DEMAND Menu. You can resume watching your program from the Recently Viewed Menu. PAUSE toggles between the pause and play functions.<br><br>• STOP: This button ends your program and returns you back to the category from where you launched it.<br><br>• FAST FORWARD: This button lets you scan ahead in your program. Each successive press increases the speed until you reach the highest speed. Pressing FAST FORWARD after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If you fast forward to the program's end, you will be returned to the On DEMAND Menu.<br><br>• REWIND: This button lets you scan backwards in your program. Each successive press increases the speed until you reach the highest speed. Pressing REWIND after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If left to rewind to the beginning, the program will start playing automatically.<br><br>When you press any of these buttons, a progress bar appears at the bottom of your screen. It displays the viewing time graphically as well as in hours, minutes and seconds.<br><br>**When skipping forward or backward through a program, this progress bar appears on the screen. It shows start time, end time and time viewed.**<br><br>Cox Contour Program Guide at 38. |
| 20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database. | The Cisco Explorer 8642 DVR creates pointers to locations in the mass data storage unit in a channel guide database, including programs currently being recorded and programs previously recorded. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## Watch a Recorded Program

You can watch a recorded program anytime you like, beginning immediately after the recording has started. There are two alternatives to accessing your library of recorded programs.

The first is to simply press the DVR List button on your remote control. It will open a DVR List Menu on the left in focus and Recorded Programs highlighted. The Folders Card in the center will feature a list of your recorded programs and series while a Summary Card will appear on the right.

The second is through the Main Menu.

1. Press the RIGHT or LEFT arrow or the MENU button on the remote control to open the Main Menu.

2. Press the DOWN arrow twice to highlight DVR List. Press the RIGHT arrow or SELECT to open the DVR List Menu.

Once you have arrived at the DVR List Menu – by either option – the highlight bar will be on Recorded Programs. To watch a program:

1. Press the RIGHT arrow or SELECT. The focus will move to the Folders Card in the center; the highlight bar will be on the first program in the list.

   Each program or series will have an icon next to it. Series recordings will have a folder icon while individual recordings will have one of two different icons – a green dot or an exclamation point. For an explanation of these three icons, see below.

2. Use the UP and DOWN arrows to highlight a program or folder, then press the RIGHT arrow or SELECT. If the highlight bar is on a program, the cards will shift left and the focus will move to the Actions Card.

   If the highlight bar is on a folder, pressing the RIGHT arrow or SELECT will open a Programs Card on the right that lists all the episodes in that folder. Use the UP and DOWN arrows to highlight a program, and then press the RIGHT arrow or SELECT to select the program and open the Actions Card.



The DVR List screen lets you browse recorded programs as well as programs scheduled to record.



When browsing recorded programs, the center card lists the saved programs. The card on the right gives a summary of the program.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | Cox Contour Program Guide at 52. |
|---|---|
| 21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a video display device, said channel guide providing information regarding a content of at least one of said plurality of channels. | The Cisco Explorer 8642 DVR displays a channel guide on the video display device that provides information regarding content of a plurality of channels.<br><br>**View Basic Program Information**<br><br>Press the INFO button once to see basic information about the current program. A Channel Banner will appear at the bottom of the screen with the program title, a brief description of the program, its start and end time, program rating information, channel number and time/date information. Program guide symbols such as Favorite Channel, Skipped Channel, Locked Program or Purchased Program will also be displayed.<br><br>*Press the INFO button once to see basic information about a show.*<br><br>**View Detailed Program Information**<br><br>You can see extended program information by pressing the INFO button a second time. Pressing INFO a third time will return you to full-screen video viewing.<br><br>*Press the INFO button a second time to see full details.*<br><br>Cox Contour Program Guide at 19. |
| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | The channel guide of the Cisco Explorer 8642 DVR contains links to locations in the mass data storage unit, including programs currently being recorded and programs previously recorded. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## Watch a Recorded Program

You can watch a recorded program anytime you like, beginning immediately after the recording has started. There are two alternatives to accessing your library of recorded programs.

The first is to simply press the DVR List button on your remote control. It will open a DVR List Menu on the left in focus and Recorded Programs highlighted. The Folders Card in the center will feature a list of your recorded programs and series while a Summary Card will appear on the right.

The second is through the Main Menu.

1. Press the RIGHT or LEFT arrow or the MENU button on the remote control to open the Main Menu.

2. Press the DOWN arrow twice to highlight DVR List. Press the RIGHT arrow or SELECT to open the DVR List Menu.

Once you have arrived at the DVR List Menu – by either option – the highlight bar will be on Recorded Programs. To watch a program:

1. Press the RIGHT arrow or SELECT. The focus will move to the Folders Card in the center; the highlight bar will be on the first program in the list.

   Each program or series will have an icon next to it. Series recordings will have a folder icon while individual recordings will have one of two different icons – a green dot or an exclamation point. For an explanation of these three icons, see below.

2. Use the UP and DOWN arrows to highlight a program or folder, then press the RIGHT arrow or SELECT. If the highlight bar is on a program, the cards will shift left and the focus will move to the Actions Card.

   If the highlight bar is on a folder, pressing the RIGHT arrow or SELECT will open a Programs Card on the right that lists all the episodes in that folder. Use the UP and DOWN arrows to highlight a program, and then press the RIGHT arrow or SELECT to select the program and open the Actions Card.



The DVR List screen lets you browse recorded programs as well as programs scheduled to record.



When browsing recorded programs, the center card lists the saved programs. The card on the right gives a summary of the program.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | Cox Contour Program Guide at 52. |
|---|---|
| 23. The method as recited in claim 19 further comprising the step of receiving a command to replay one of said stored television broadcasts. | The Cisco Explorer 8642 DVR receives a command to replay one of the stored television broadcasts.<br><br>A user may select a stored program from the DVR in various ways. For example, as discussed above, a user may switch back and forth between programs that the user has already begun recording with an available tuner.<br><br>### CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV<br><br>**THIS CONNECTION WILL ALLOW YOU TO:**<br><br>A.  Watch the channel or service of your choice (in HD, when available),<br>B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),<br>C.  Watch a program previously recorded on the hard drive (in HD, when available),<br>D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),<br>E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),<br>F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.<br><br>**About Your Dual Tuner DVR**<br><br>The dual tuner DVR includes two channel tuners. With this DVR, you can:<br><br>• Record two programs while watching one of those programs or a previously recorded program.<br><br>• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).<br><br>• Record both these programs in HD or SD depending on your preference.<br><br>• Switch back and forth between two programs you're recording with the SWAP button on the remote control. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | Cox Contour Program Guide at 41. |
|---|---|
| | The DVRs also provide a program guide that allows a user to select a particular program for display, including programs that are currently being stored or that were previously stored:<br><br>![program guide screenshot]<br><br>Cox Contour Program Guide at 68. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

## Watch a Recorded Program

You can watch a recorded program anytime you like, beginning immediately after the recording has started. There are two alternatives to accessing your library of recorded programs.

The first is to simply press the DVR List button on your remote control. It will open a DVR List Menu on the left in focus and Recorded Programs highlighted. The Folders Card in the center will feature a list of your recorded programs and series while a Summary Card will appear on the right.

The second is through the Main Menu.

1.  Press the RIGHT or LEFT arrow or the MENU button on the remote control to open the Main Menu.

2.  Press the DOWN arrow twice to highlight DVR List. Press the RIGHT arrow or SELECT to open the DVR List Menu.

Once you have arrived at the DVR List Menu – by either option – the highlight bar will be on Recorded Programs. To watch a program:

1.  Press the RIGHT arrow or SELECT. The focus will move to the Folders Card in the center; the highlight bar will be on the first program in the list.

    Each program or series will have an icon next to it. Series recordings will have a folder icon while individual recordings will have one of two different icons – a green dot or an exclamation point. For an explanation of these three icons, see below.



The DVR List screen lets you browse recorded programs as well as programs scheduled to record.



When browsing recorded programs, the center card lists the saved programs. The card on the right gives a summary of the program.

2.  Use the UP and DOWN arrows to highlight a program or folder, then press the RIGHT arrow or SELECT. If the highlight bar is on a program, the cards will shift left and the focus will move to the Actions Card.

    If the highlight bar is on a folder, pressing the RIGHT arrow or SELECT will open a Programs Card on the right that lists all the episodes in that folder. Use the UP and DOWN arrows to highlight a program, and then press the RIGHT arrow or SELECT to select the program and open the Actions Card.



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | Cox Contour Program Guide at 52. |
|---|---|
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | The channel viewer of the Cisco Explorer 8642 DVR can display a stored television broadcast nonlinearly, including allowing the user to rewind, fast-forward, replay the last several seconds of a program, and return to live TV after navigating backward in the program.<br><br>**LIVE TV CONTROL: HOW TO CONTROL A LIVE PROGRAM**<br><br>The **PVR** stores the programming being broadcast on the channel you are watching in a memory buffer. This lets you pause and rewind the action (even with a live broadcast), and resume watching the program in real time.<br><br>Pauses the program you are watching for a maximum of one hour. After one hour, playback resumes from the point where you paused the program.<br><br>Resumes playback of a paused program.<br><br>Rewind: press once, twice, three or four times to slow down or speed up the rewind speed.<br><br>Fast-forward: press once, twice, three or four times to slow down or speed up the fast-forward speed.<br><br>Returns you to live programming.<br><br>Instantly replays the last 8 seconds of the program you are watching.<br><br>Skips the program or movie you are watching 30 seconds forward (for future use).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 20. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Use Play, Pause, Stop, Fast Forward and Rewind**<br><br>Most On DEMAND programs let you skip forward and backward through the video using the play, pause, stop, rewind and fast forward buttons on the remote control.<br><br>• PLAY: This button starts your program at normal speed.<br><br>• PAUSE: You can pause an On DEMAND program for up to 15 minutes. Pausing longer than that stops your program and reopens the On DEMAND Menu. You can resume watching your program from the Recently Viewed Menu. PAUSE toggles between the pause and play functions.<br><br>• STOP: This button ends your program and returns you back to the category from where you launched it.<br><br>• FAST FORWARD: This button lets you scan ahead in your program. Each successive press increases the speed until you reach the highest speed. Pressing FAST FORWARD after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If you fast forward to the program's end, you will be returned to the On DEMAND Menu.<br><br>• REWIND: This button lets you scan backwards in your program. Each successive press increases the speed until you reach the highest speed. Pressing REWIND after the highest speed returns the program to normal speed. You can resume watching at any time by pressing PLAY. If left to rewind to the beginning, the program will start playing automatically.<br><br>When you press any of these buttons, a progress bar appears at the bottom of your screen. It displays the viewing time graphically as well as in hours, minutes and seconds.<br><br>When skipping forward or backward through a program, this progress bar appears on the screen. It shows start time, end time and time viewed.<br><br>Cox Contour Program Guide at 38. |
| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | The Cisco Explorer 8642 DVR allows the user to identify a plurality of television broadcasts in a channel selector: |

49



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ### CONNECTION NO. 1: CONNECTS YOUR TERMINAL (HD OR HD PVR) TO AN HD TV<br><br>**THIS CONNECTION WILL ALLOW YOU TO:**<br><br>A.  Watch the channel or service of your choice (in HD, when available),<br>B.  Record programs on the hard drive while they are playing, allowing the use of the Live TV control functions (in HD, when available),<br>C.  Watch a program previously recorded on the hard drive (in HD, when available),<br>D.  Record a show from one channel on the hard drive while watching another channel (in HD, when available),<br>E.  Record two shows from two different channels on the hard drive while watching a third previously recorded program (in HD, when available),<br>F.  Program your PVR to record one program or two programs simultaneously while you're away (in HD, when available).<br><br>User Guide – HD Personal Video Recorder 8642 (Cisco Explorer 8642) at 10.<br><br>#### About Your Dual Tuner DVR<br><br>The dual tuner DVR includes two channel tuners. With this DVR, you can:<br><br>• Record two programs while watching one of those programs or a previously recorded program.<br><br>• Begin recording an entire program that you are currently watching, up to one minute before the program ends (depending on the length of that program and available disk space on the DVR).<br><br>• Record both these programs in HD or SD depending on your preference.<br><br>• Switch back and forth between two programs you're recording with the SWAP button on the remote control.<br><br>Cox Contour Program Guide at 41. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882



Cox Contour Program Guide at 68.

| | |
|---|---|
| 31. The method as recited in claim 19 further comprising the step of decoding said plurality of television broadcasts from a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | The Cisco Explorer 8642 DVR decodes a plurality of channels/television broadcast programs that are formatted in, for example, digital HDTV or digital TV:<br><br>4. On the next screen, you will be asked to confirm what kind of television set is connected to the receiver. If you selected HDMI connection in the previous screen, then HDTV television option is automatically selected. Press SELECT to confirm and move to the next screen. |



Preliminary Comparison of Cisco Explorer 8642 DVR with U.S. Patent No. 6,788,882

|  | User Guide at 12.<br><br>**Can I view and record HD programming with my DVR/Set-top box?**<br>Yes. Your DVR/Set-top box supports both SD and HD formats. Your subscription to your Whole Home DVR service includes access to basic HD channels, a subscription to True HD is required to access some HD Tier channels.<br><br>Cox Contour Program Guide at 111. |
|---|---|

